ANNETTE C. CARFARO v. VICTOR F. ZAMBELLI.

March 16, 1982.

Petition for certification denied.

LEON LONDON v. ROTHMAN REALTY CORPORATION.

March 16, 1982.

Petition for certification denied.

IN THE MATTER OF CITY OF JERSEY CITY v. JERSEY CITY POLICE OFFICERS' BENEVOLENT ASSOCIATION.

March 22, 1982.

Petitions for certification denied. (See 179 *N.J.Super.* 137)

STATE OF NEW JERSEY v. LOCAL 195–IFPTE AND LOCAL 518–SEIU.

March 22, 1982.

Petitions for certification denied. (See 179 *N.J.Super.* 146)